807 A.2d 632

Michael S. **STEELE**

v.

Parris N. **GLENDENING, et al.**

**Misc. No. 29, Sept. Term 2001.**

Court of Appeals of Maryland.

Sept. 24, 2002.

E. Mark Braden (Lee T. Ellis, Jr., Matthew J. Dolan, Ralph G. Blasey, III, Washington, DC), for petitioner.

Argued before ELDRIDGE, BATTAGLIA, ARRIE W. DAVIS (specially assigned), ELLEN L. HOLLANDER (specially assigned), JAMES R. EYLER (specially assigned), ANDREW L. SONNER (specially assigned), and SALLY D. ADKINS (specially assigned), JJ.

## ORDER

**PER CURIAM**

The Court having considered the Petition for this Court to Institute a Constructive Criminal Contempt Proceeding against Senators Thomas V. "Mike" Miller, Jr., Ida G. Ruben, Ulysses Currie and Clarence W. Blount in the above-entitled case, and in light of the fact that a proceeding is pending before the Attorney Grievance Commission, it is this 24th day of September, 2002,

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, DENIED.